UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re: Danny L. Edge and
    Jennifer G. Edge                                                                     Case no. 11-15074

        Debtor(s)                                                                          Chapter 7

## AGREED ORDER DENYING DISCHARGE

This matter is before the court on consideration of a motion objecting to discharge of Danny L. Edge and Jennifer G. Edge [DKT. 13] pursuant to 11 U.S.C. 727(a)(8) filed by the United States Trustee requesting the court deny the discharge of the above mentioned debtors. Upon agreement of the parties, this court finds that the debtors are not entitled to a discharge in the above aforementioned proceeding because the debtors received a discharge in case no. 03-17037 filed in the Northern District of Mississippi on November 3, 2003, which is within eight years before the date this proceeding was filed.

      **IT IS THEREFORE ORDERED** that the chapter 7 discharge of the debtors, Danny Edge and Jennifer G. Edge, shall be denied.

      **ORDERED AND ADJUDGED** on this the ___ day of _____, 2012.

                                                                                           _____
                                                                                           David W. Houston, III
                                                                                           U. S. Bankruptcy Judge

APPROVED FOR ENTRY:


 _/s/ Sammye S. Tharp_
Sammye S. Tharp, Esq., MSB 10016
Trial Attorney, U.S. Trustee



  _See attached signature_
Heidi Milam, Esq., MSB 9813
Attorney for debtors